**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 13, 2026

**By ECF**
Honorable Andrew L. Carter Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: __________
DATE FILED: 7/13/26

**Re: *United States v. Gulian et al.*, S1 26 Cr. 270 (ALC)**

Dear Judge Carter:

The Government respectfully submits this letter to seek an adjournment of the initial conference currently scheduled for July 14, 2026. The Government understands the Court is available on July 28, 2026, at 11:00 a.m.

In order to allow the parties to enter into a protective order governing discovery, to allow the Government to begin producing discovery, and to allow the parties to discuss a potential resolution, the Government requests exclusion of time until July 28, 2026, pursuant to the Speedy Trial Act in the interests of justice. 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: __________
Kevin Grossinger
David Steinbach
Assistant United States Attorneys
(212) 627-2426/2380

The application is **GRANTED**. The initial conference is adjourned to 7/28/26 at 11 a.m. Time excluded from 7/14/26 to 7/28/26 in the interest of justice.
So Ordered.

**7/13/26**