MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 20, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 7/27/26

**By ECF**
Honorable Andrew L. Carter Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Gulian et al.*, S1 26 Cr. 270 (ALC)**

Dear Judge Carter:

The Government respectfully submits this letter to seek an adjournment of the initial conference currently scheduled for July 28, 2026. The Government understands the Court and the parties are available on August 11, 2026, at 2:00 p.m.

In order to allow the parties to enter into a protective order governing discovery, to allow the Government to begin producing discovery, and to allow the parties to discuss a potential resolution of this case, the Government requests exclusion of time until August 11, 2026, pursuant to the Speedy Trial Act in the interests of justice. *See* 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: David Steinbach
Kevin Grossinger
David Steinbach
Assistant United States Attorneys
(212) 627-2426/2380

The application is **GRANTED**. The status conference is adjourned to August 11, 2026 at 2 p.m. Time excluded from 7/28/26 to 8/11/26 in the interest of justice.
So Ordered.

Andrew L Carter Jr
7/27/26