Sheppard

August 21, 2026

+1.212.896.0611
mgilbert@sheppard.com

The Honorable Andrew L. Carter Jr.
District Judge, S.D.N.Y.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 8/27/26

Re: *United States v. Gulian*, 26-CR-00270 (S.D.N.Y.)

Dear Judge Carter:

On behalf of Artem Zazulyak, a defendant in the above-captioned case, we write to respectfully request a modification of Mr. Zazulyak's conditions of pretrial release to remove the requirement for stand alone location monitoring and allow him to have his ankle monitor removed so he may participate in activities as described in the doctor's note we attach as Exhibit A. We request that this exhibit be filed under seal to protect Mr. Zazulyak's personal health information.

Mr. Zazulyak has previously had his ankle monitor temporarily removed on two occasions to allow him to undergo MRIs on April 1, 2026, and May 26, 2026. These modifications were granted by Magistrate Judge Sarah Netburn. ECF Nos. 47, 55.

The Government does not object. Pretrial does not object.

Respectfully submitted,

Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc: Kevin Grossinger, AUSA
Meherun Mayer, Pretrial Services

The application is **GRANTED**.
So Ordered.

8/27/26

# Exhibit A